# Third Amended Exhibit B

| Plaintiff | Cause Number | Lead Counsel |
|---|---|---|
| McDaniel, Alice and John William | 1:15-cv-00611 | REGAN ZAMBRI & LONG, PLLC |
| Angel, Theresa | 1:16-cv-00866 | GALLAGHER & KENNEDY, P.A. |
| Weir, Peggy & Jerry | 1:16-cv-00873 | GALLAGHER & KENNEDY, P.A. |
| Watson, Regina | 1:16-cv-01502 | THE RUTH LAW TEAM |
| Montgomery, Susan | 1:16-cv-01757 | WAGSTAFF & CARTMELL, LLP |
| Lloyd, Alvin | 1:16-cv-02377 | SHAW COWART, LLP |
| Nicholson, Braden | 1:16-cv-02767 | HOUSSIERE, DURANT & HOUSSIERE, LLP |
| Smith, Slater | 1:16-cv-02899 | GRAY & WHITE LAW |
| Mack, Demond | 1:16-cv-06043 | MILLER DELLAFERA PLC |
| Sturrock, Pamela | 1:17-cv-00367 | GALLAGHER & KENNEDY, P.A. |
| Landis, Kevin | 1:17-cv-01505 | GALLAGHER & KENNEDY, P.A. |
| Adkins, Gwendolyn | 1:17-cv-01713 | GALLAGHER & KENNEDY, P.A. |
| Kirk, Vickie | 1:17-cv-01813 | BLASINGAME, BURCH, GARRARD & ASHLEY, P.C. |
| Mantell, Michael E. & Lindsey A. | 1:17-cv-02284 | THE OFFICES OF WILLIAM CAFARO |
| Seitz, Karen | 1:17-cv-02474 | WESTERVELT, JOHNSON, NICOLL & KELLER, LLC |

**Third Amended Exhibit B**

| Name | Case Number | Law Firm |
|---|---|---|
| Griggs, Carrie | 1:17-cv-02684 | RICHARD J. PLEZIA & ASSOCIATES |
| Goodwin, Penney | 1:17-cv-02775 | LAW OFFICES OF DONALD G. NORRIS |
| Davis, Beverly | 1:17-cv-03258 | DAVIS BETHUNE & JONES, LLC |
| Machtolff, Dolores | 1:17-cv-03313 | DAVIS BETHUNE & JONES, LLC |
| Roberson, Charlene | 1:17-cv-03316 | DAVIS BETHUNE & JONES, LLC |
| Shade, Adin & Camille | 1:17-cv-03356 | DAVIS BETHUNE & JONES, LLC |
| Clary, David | 1:17-cv-03413 | DAVIS BETHUNE & JONES, LLC |
| Timmerman, Tim and Tera | 1:17-cv-03415 | DAVIS BETHUNE & JONES, LLC |
| Wood, Anna and Joseph | 1:17-cv-03416 | DAVIS BETHUNE & JONES, LLC |
| Bouknight, Lisa Goetz and John K. | 1:17-cv-03435 | SANDERS VIENER GROSSMAN, LLP |
| Franco, Esmeralda | 1:17-cv-03532 | PADBERG, CORRIGAN & APPLEBAUM |
| Chan, Wayne | 1:17-cv-03537 | RICHARD J. PLEZIA & ASSOCIATES |
| Leamons, Richard | 1:17-cv-03567 | DAVIS BETHUNE & JONES, LLC |
| Magnuson, Laura | 1:17-cv-04006 | GALLAGHER & KENNEDY, P.A. |
| Parton, Gary L. | 1:17-cv-04071 | SWEENEY MERRIGAN LAW |
| Crespo, Noel | 1:17-cv-06056 | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A. |
| Richard, Paul | 1:17-cv-06061 | URY & MOSKOW, LLC |

**Third Amended Exhibit B**

| | | |
|---|---|---|
| Session, Umeki C. | 1:17-cv-06067 | CONLEY GRIGGS PARTIN LLP |
| Morgan, Mark | 1:18-cv-03712 | PADBERG, CORRIGAN & APPLEBAUM |
| DeJesus, Kurt | 1:19-cv-00055 | CELLINO & BARNES, P.C. |
| Vinke, Durwin | 1:19-cv-00508 | KIRKENDALL DWYER LLP |
| Simmons, Roberta | 1:19-cv-01409 | KIRKENDALL DWYER LLP |
| Hamm, David L. | 1:19-cv-01746 | ZONIES LAW LLC |
| Rice, Teresa | 1:19-cv-01863 | ZONIES LAW LLC |
| Stewart, John | 1:19-cv-02454 | DAVIS BETHUNE & JONES, LLC |
| Jewett, Perry and Kristi | 1:19-cv-03839 | DAVIS BETHUNE & JONES, LLC |
| Berkowitz, William | 1:19-cv-04805 | KIRKENDALL DWYER LLP |
| Gardner, Paula | 1:20-cv-01136 | KIRKENDALL DWYER LLP |
| Johnson, Charles | 1:20-cv-01138 | KIRKENDALL DWYER LLP |
| Wansten, Daniel | 1:20-cv-01173 | KIRKENDALL DWYER LLP |
| Wynn, Patrick | 1:20-cv-01175 | KIRKENDALL DWYER LLP |
| Nascak, Michael | 1:20-cv-01180 | KIRKENDALL DWYER LLP |
| Smith, Vickie A. | 1:21-cv-01291 | WILLIAMS LAW GROUP, LLC |
| Oberlin, Nicole | 1:22-cv-00370 | BLANKENSHIP LAW FIRM |

**Third Amended Exhibit B**

| Saganich, Christopher | 1:24-cv-00414 | ONDERLAW, LLC |